FILED
2011 AUG 22 AM 11: 11
CLERK U.S. DIST. OF COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. CR 11 00807 |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | [18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(A): Unauthorized Access To A Protected Computer] |
| MICHAEL BRAVIN, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(A)]

On or about January 19, 2010, in Los Angeles County, within the Central District of California, defendant MICHAEL BRAVIN, knowingly and intentionally accessed without authorization, and

//
//
//
//
//
//
//
//

thereby obtained information, namely, an email bearing subject "F35 Rental House Pilot Season Special" from, a computer used in interstate and foreign commerce.

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ R. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual
Property Crimes Section

STEPHANIE S. CHRISTENSEN
Assistant United States Attorney
Cyber and Intellectual Property
Crimes Section