# *Memorandum*

CR 11 00807



| Subject: | Date: |
|---|---|
| United States v. Michael Bravin | August 19, 2011 |

| To: | From: |
|---|---|
| TERRY NAFISI<br>District Court Executive<br>United States District Court<br>Central District of California | STEPHANIE S. CHRISTENSEN<br>Assistant United States Attorney<br>Criminal Division |

Please note that I worked as a law clerk for United States District Judge Gary A. Feess from October 2004 to October 2005. Judge Feess has a standing order not to allow former law clerks to appear before him.

I have worked on, and have been assigned, the above-referenced criminal action, United States v. Bravin, being filed on or about August 19, 2011.

Accordingly, please ensure that the above-referenced criminal action is not assigned to Judge Feess. Thank you for your assistance.

_____
STEPHANIE S. CHRISTENSEN
Assistant United States Attorney