LAW OFFICES OF JAMES W. SPERTUS
James W. Spertus (SBN 159825)
Amanda R. Touchton (SBN 220430)
1990 S. Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jim@spertuslaw.com
amanda@spertuslaw.com

Attorneys for Defendant
Michael Bravin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BRAVIN,<br><br>Defendant. | Case No. CR 11-807-SH<br><br>EXHIBITS IN SUPPORT OF DEFENDANT MICHAEL BRAVIN'S OBJECTIONS TO THE PRESENTENCE REPORT AND SENTENCING POSITION PAPER<br><br>Date:       December 19, 2011<br>Time:       10:00 am<br>Courtroom: 550 |

Defendant Michael Bravin ("Mr. Bravin"), by and through his counsel of record, hereby submits the attached exhibits in support of his objections to the Presentence Report ("PSR") and his sentencing position.

Dated: December 6, 2011          Law Offices of James W. Spertus

                                 By:  /S_____
                                      James W. Spertus
                                      Amanda R. Touchton
                                      Attorneys for Michael Bravin

# EXHIBIT A

EXHIBIT A



11/10/11

Honorable Stephen J. Hillman
United States Magistrate Judge
Roybal Federal Building
Courtroom 550
255 East Temple Street
Los Angeles, CA  90012

Dear Judge Hillman,

I am writing to you today regarding Michael Bravin.  I am president and owner of Master Communication, a media production company.  My company has earned many industry awards including an Emmy Award for excellence in programs and documentaries we've produced.  We are located in San Pedro, Los Angeles County, California.  We have been in business since 1983.

I first became acquainted with Michael in 1981.  I was vice president of a company called Video Visions Productions.  Michael was a valued employee of the company.  During his tenure at Video Visions, Michael proved himself to be a highly desirable and talented employee.

After Michael's departure from Video Visions, I have followed Michael as a customer to any company he has represented. Michael has always been a straightforward, trustworthy and knowledgeable person.  Regardless of the situation, Michael has always carried himself with grace and integrity.  Michael has been a leader in our industry, admired by our peers for his willingness to teach and educate others about the craft of motion picture cameras and lenses.   Michael's candor, helpful nature and refreshing honesty have been paramount to being a life-long customer and friend.

Michael, like any human being, made an error in judgment.  I believe the event which led Michael to your court, emerged for no other reason than Michael attempted to protect his reputation that was being systematically distorted by an ex-employer carrying a huge grudge because Michael had left his employ.  The misdeed was done completely out of character for Michael.

445 West 7th Street • San Pedro • CA 90731 • Tel: (310) 832 3303 • Fax: (310) 832 0296 • Web: www.bestmedia.com

11/10/11
Honorable Stephen J. Hillman
Page 2


Incarcerating Michael would be an egregious affront to a man who has demonstrated his entire life being an honest, devoted son, employee and friend. I believe incarceration would be utterly wrong in addressing Michael's misdeed. Punishment by incarceration would be a brutal insult for Michael and his family. The world will suffer if a person like Michael is placed in incarceration.

Over the years, Michael Bravin has become a dear and close friend. I categorically would trust my life with him. I beseech the court to consider the character and quality of this gentle man, who has done only good in the world and to those around him. I have NEVER known Michael to be anything but honest, kind in deed and thought.

Please accord Michael with compassion to reconcile this matter. Consideration of a person of Michael's moral fiber would be prudent and wise. Surely Michael's goodness and wholesomeness as a person should be considered in the court's decision.


Sincerely,

*[signature]*

Robert Masters

Master Communication
445 W 7th Street
San Pedro, CA  90731
310-832-3303
www.bestmedia.com

# EXHIBIT B

EXHIBIT B

# Robert Primes ASC, director of photography

(323) 851-8444
fax: (323) 851-4493
mobile: (213) 598-4377
e-mail: bobprimes@mac.com
2062 Watsonia Terrace, Hollywood, CA 90068-3217
November 08, 2011

Hon. Stephen J. Hillman
United States Magistrate Judge
Roybal federal Building
Courtroom 550
255 East Temple Street
Los Angeles, CA 90012

About Michael Bravin:

I sit on the boards of the American Society of Cinematographers and the International Cinematographers Guild and formerly on the National Film Preservation Board. I have won two cinematography Emmys and received the President's lifetime achievement award from the Society of Camera Operators and the 2011 Educator of the year award from the Cinematographers Guild. I am currently a senior lecturer in cinematography at the American Film Institute.

I have known, respected and admired Michael Bravin for decades. He has been among a handful of brilliant and profoundly knowledgeable people who consistently gave their valuable expertise to whomever had need of it. Although he was an executive of a major technical motion picture equipment distributor (Band Pro), I never felt Michael had any ulterior motive for the kindness, honesty and generosity he offered. Michael would always let you know if a competing product offered advantages over the ones he represented. I trusted every piece of advice he offered and believed and still believe his motivation came from a love

of the remarkable technology he served and a love for the artists who used that technology and the works they created.

Michael's knowledge, honesty and integrity so impressed me that I nominated him to one of the highest honors a man in his position can attain, associate membership in the American Society of Cinematographers. To be accepted, as he was, one must have made a significant contribution to the art and science of cinematography and be of unimpeachable integrity. Nothing has happened that causes me to question my judgment. To the contrary, remembering the decades of unselfish kindness Michael offered without a second thought has galvanized my resolve to attempt to shield him from further pain. This incident is a topic of great interest in our industry. But rather than see Michael's reputation denigrated, I constantly hear outpourings of love for the man and confidence in his essential goodness. Sometimes very good men make mistakes. I can not find it in my heart to wish further pain upon a man as kind and unselfish as Michael Bravin.

Most sincerely,

*[signature]*

Robert Primes, ASC

# EXHIBIT C

EXHIBIT C

Joanna Weber

7527 Westlawn Avenue
Los Angeles, California 90045

November 9, 2011

Honorable Stephen J. Hillman
United States Magistrate Judge
Courtroom 550
ROYBAL FEDERAL BUILDING
255 East Temple Street
Los Angeles, California 90012

    Re: **Michael Bravin**

Dear Judge Hillman:

    I work as a legal secretary for an attorney specializing in Probate, Wills, and Trusts, and have done so for 13 years.

    I am writing to provide a character reference for Michael Bravin, with whom I have been acquainted for 6 years. We were introduced by a mutual friend, and found that we shared many common interests which we have enjoyed sharing over this period of time.

    Because our mutual acquaintance has been a business colleague of Michael's for more than 30 years, I am aware of his high standing in the professional community, and know that he is respected as "the" guy that film professionals turn to for advice and information. Observing him socially, it is very easy to understand how this could be -- I have watched him time and again explain the technical aspects relating to various electronics, always happy to share his knowledge, patiently and without condescension.

    I cannot imagine what value incarceration would be in this instance.

    Michael has suffered personally and professionally in this legal matter, and is acutely aware that he took an enormous misstep. His actions have cost him employment opportunities and damaged his reputation. While the events that brought Michael into your courtroom were not appropriate, they were certainly not malicious or spiteful. A man like this is not required to act underhandedly to succeed, because his reputation as an honest and amiable person is what has propelled him to a high level of respect in his profession.

    Michael has so much to offer his colleagues, his friends, his family (his mother being particularly dependent upon him for emotional and physical support) -- it would seem a complete waste to remove him from the community for any period for time. Michael is one of the most straightforward, caring, engaged, and honest men I have ever been acquainted with (no small compliment coming from me). He is both a thoughtful and a thinking soul, who cares deeply for his family and friends and is charitable to those he encounters. This is his nature. Taking him out of society, it seems to me, would serve no purpose.

    Sincerely,

    Joanna Weber

:jsw

# EXHIBIT D

EXHIBIT D

Hon, Stephan J Hillman
United States Magistrate Judge
Roybal Federal Building
Courtroom 550
255 East Temple Street
Loa Angeles, CA 90012

To the Honorable Stephan J. Hilman,

My name is Aaron Latham-James, I am Director of 3D for Broadcast and Digital Cinema at Video Equipment Rentals, a global Broadcast and Digital Cinema camera rental company with 24 offices and almost 1000 employees. I have known Michael Bravin professionally since 2003 and over the years I have become proud to call him a personal friend. Michael and I first worked together when I was General Manager of AMP Filmworks (a boutique high end digital camera rental facility) and a customer of BandPro. I consulted frequently with Michael as he was the product manager for the Zeiss DigiPrime lenses - at the time the most innovative digital cinema camera lenses in the industry.

Michael's knowledge of media production technology was, and continues to be, invaluable to myself and the industry as a whole. Michael has always selflessly volunteered his time for teaching in industry education events and programs to crews, producers and end users in the industry. Michael is known industry-wide as a "go to" resource for the current techniques/technology in media production. Furthermore, I have always known Michael to be honest, and conduct himself with complete integrity in all his endeavors. It is my sincere belief that incarceration would be extremely detrimental in that it would infringe on the livelihood and productivity of countless other professionals within the industry.

As an example of Michael's generosity, for no personal gain of his own, he introduced me to Marker Karahadian the owner of Plus 8 digital and recommended me for employment. Subsequently this company was sold to Panavision where I continued to work for some time and I have always considered Michael's referral to be a significant turning point in my career. Since that time, Michael has also been a reliable and trustworthy mentor to me, and has continued to advocate for me within the industry. I know I would not enjoy the success I do today without Michael's support and encouragement over the years. My relationship with Michael is one which I honor and respect and it is my pleasure to stand up for him as he has always done for me.

Michael is a unique individual in that his professional knowledge is backed up with a strong character and sense of personal respect for others. I have always known him to be a man of his word and demonstrate compassion and consideration for others. Sadly, these days such qualities are a rarer and rarer thing to find within one individual. Having said this, I was disappointed to hear about this one time lapse of judgement that Michael demonstrated. I have seen how deeply and permanently affected Michael has been by this entire ordeal and it is my hope that he can begin the process of moving forward and continue to be a great benefit to the community. I respectfully ask that the Court may demonstrate compassion and leniency in your sentencing consideration for Michael as an individual and take into account the work and relationships he has built over the years.

Respectfully,
Aaron Latham-James
hdconsulting@me.com
310-600-3677

# EXHIBIT E

EXHIBIT E

Charlotte, November 11, 2011.

Hon. Stephen J. Hillman
United States Magistrate Judge
Roybal Federal Building
Courtroom 550
255 East Temple Street
Los Angeles, CA 90012

I am Steve Saxon, owner and President of Carolina Cinema Tools, Inc. I met Mr. Bravin in May of 2003 at a High Definition Workshop in Santa Fe, New Mexico. Michael immediately became my mentor in starting my own company in High Definition production, he gave me guidance about clients, equipment, marketing, technical knowledge; but most important he gave confidence and moral support. I met him in person again in July that same year in Rockport, Maine, during a workshop on High definition cameras. Michael and I became close friends at that point. He was always available for me even if I called him outside of working hours. He was kind and generous in his advice. Because of this I am a successful entrepreneur in the High Definition industry in North Carolina.

Once during a complex movie production I needed technical support and Michael took me step by step through the operation of the camera. It took about twenty minutes. When we were finished I expressed my gratitude, and he simply said he turn over and go back to sleep because it was 3:30 in the morning, California time. In August 2004 I was in Greece while an important production was going on back in North Carolina. A Sony monitor I bought from BandPro went bad. I called my friend Michael, and he assured me that my crew will get a replacement monitor so I was able to concentrate on my business overseas. I knew I was able to count on him.

I believe his conduct in this current legal incident is completely out-of-character based on the almost nine years of friendship I have had with Michael. I know him as an honest, hard working person, caring and loyal. I invited him in my house in Charlotte, North Carolina. He spent time with my family and my business associates.

In April 2011 my company brought Michael to Charlotte, North Carolina, to conduct a workshop on the Arri Alexa camera. Thirty local people came to the workshop for two days and benefited greatly from his experience and technical knowledge. His reputation moved our High Definition local industry and the seminar was acclaimed as an outstanding professional development workshop. If Michael is incarcerated his reputation will be damage as a professional and as a person. He will suffer emotionally and mentally, and these will reflect in his delivery and presentation during conferences. His talent as public speaker will loose the weight that it carries.

I request consideration of Michael as a sensitive and kind sincere person. Please, allow Michael the opportunity to serve out any restitution in the form of community service. A concept I have is to allow Michael, with his vast knowledge of HD production, to perform community service teaching and training individuals in non-profit or government organizations that use HD medium

for communications in their operations.

I appreciate any consideration with this matter.

Regards,

Steve Saxon
Carolina Cinema Tools, Inc.
Steve@saxondp.com
704-641-7224

# EXHIBIT F

EXHIBIT F

**FLETCHER CHICAGO, INC.**

1000 N. North Branch Street · Chicago, Illinois 60622

312 932 2700 · Fax 312 932 2799

www.fletch.com

November 11, 2011

Hon. Stephen J. Hillman
United States Magistrate Judge
Roybal Federal Building
Courtroom 550
255 East Temple Street
Los Angeles, CA 90012

Re: Michael Bravin:

Dear Judge Hillman,

I have known Michael Bravin for approximately 12 years and very proud to call him a close friend. Ironically, our friendship originated and grew while we were competitors.

My company, Fletcher Chicago, Inc., was one of two organizations tasked by Sony to introduce and sell their new High Definition camera to the US film community in 2000. Michael was the key sales person for Band Pro, the other camera reseller.

We lost business to each other over the years in a competitive and limited marketplace. However, we respected each other's values and approach. Michael worked hard to earn every sale utilizing his biggest asset - an honest and straight-forward character.

I always admired Michael's commitment to education and his willingness to share his knowledge with others – including myself, my staff and local film schools. He played a major role in the transition to digital cinema for the Hollywood production community.

Michael still remains a highly respected person by the people that personally know him. No question his actions are certainly not consistent with his character, both in terms of his ethics and intellect. It was bad mistake in judgment.

Over the past 14 months Michael has suffered deeply both financially and emotionally. I sincerely do not feel 2 months of incarceration will advance society; in fact it would have an inverse affect since Michael has so much to offer the community.

Sincerely,

Thomas Fletcher



<u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 1990 S. Bundy Drive, Suite 705, Los Angeles, California 90025. On December 6, 2011, I served the foregoing documents

EXHIBITS IN SUPPORT OF DEFENDANT MICHAEL BRAVIN'S OBJECTIONS TO THE PRESENTENCE REPORT AND SENTENCING POSITION

on the interested party in this action, as follows:

>Samara Belgarde
>United States Probation Officer
>600 U.S. Courthouse
>312 North Spring Street
>Los Angeles, CA 90012-4708

[X] **(VIA MAIL)** I served a true copy of the within document on each of the interested parties in this action by placing a true copy thereof addressed to each addressee, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail.

[X] **(FEDERAL COURT ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 6, 2011, at Los Angeles, California.

/S_____
Irene Clark