LAW OFFICES OF JAMES W. SPERTUS
James W. Spertus (SBN 159825)
1990 S. Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jim@spertuslaw.com

Attorneys for Defendant
Michael Bravin

FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL BRAVIN, <br><br> Defendant. | Case No. CR 11-807-SH <br><br> DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER SEALING DOCUMENT; DECLARATION OF JAMES W. SPERTUS |

Defendant, Michael Bravin, by and through his counsel of record, the Law Offices of James W. Spertus, hereby applies ex parte for an order sealing his Notice of Lodging of Exhibit for Consideration at Sentencing. This application is based upon the attached Memorandum of Points and Authorities and the Declaration of James W. Spertus.

Dated: December 19, 2011

LAW OFFICES OF JAMES W. SPERTUS

By: _____
James W. Spertus
Attorney for Amrit Singh

EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Michael Bravin requests leave to file an Exhibit under seal. As discussed in the attached declaration, the Exhibit was produced by the Government pursuant to a confidentiality agreement and the condition that if Defendant ever sought to file the produced discovery with the Court, he would do so under seal. Accordingly, Defendant requests that the Notice of Lodging be filed under seal. Should the Court deny this application, Defendant requests that the Exhibit be filed not under seal.

Respectfully submitted,

LAW OFFICE OF JAMES W. SPERTUS

Dated: December 19, 2011

_____
James W. Spertus
Attorneys for Defendant Amrit Singh

## DECLARATION OF JAMES W. SPERTUS

I, James W. Spertus, hereby state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am counsel for Michael Bravin ("Mr. Bravin"). I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to these facts under oath.

2. The Exhibit sought to filed under seal was produced by the government to Mr. Bravin on the condition that if Mr. Bravin ever sought to file the document with the Court, Mr. Bravin would seek to file the document under seal.

Executed this 19th day of December 2011, at Los Angeles, California

*/s/ James W. Spertus*
James W. Spertus